**PHILIP J. KAPLAN (State Bar No. 135735)**
**LAW OFFICES OF PHILIP J. KAPLAN**
Email: philipkaplanlaw@gmail.com
3278 Wilshire Boulevard
Suite 106
Los Angeles, California 90010
Telephone: (213) 480-8981
Facsimile:   (213) 480-8941

Attorney for Plaintiff
EARL SHUMAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL SHUMAN, an individual, | Case No. CV12-10572 PJW |
| Plaintiff, | |
| v. | |
| | **NOTICE OF SETTLEMENT** |
| SONY MUSIC ENTERTAINMENT, a Delaware Partnership; SONY CORPORATION OF AMERICA, a New York Corporation; ALICIA AUGELLO COOK aka ALICIA KEYS, an individual; SALAAM REMI GIBBS aka SALAAM REMI, an individual; JEFF BHASKER aka BILLY KRAVEN, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**TO THE COURT:**

PLEASE TAKE NOTICE that, pursuant to Local Rule 16 – 15.7, Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled, in principle, in its entirety.

Plaintiff requests a period of thirty (30) days in order to finalize the settlement and within which time Plaintiff expects to file the dismissal.

Respectfully submitted,

DATED: April 4, 2013        **LAW OFFICES OF PHILIP J. KAPLAN**

By: /s/ *Philip J. Kaplan*
        PHILIP J. KAPLAN
Attorney for Plaintiff
EARL SHUMAN