1  **PHILIP J. KAPLAN (State Bar No. 135735)**
   **LAW OFFICES OF PHILIP J. KAPLAN**
2  Email: philipkaplanlaw@gmail.com
   3278 Wilshire Boulevard
3  Suite 106
   Los Angeles, California 90010
4  Telephone: (213) 480-8981
   Facsimile:  (213) 480-8941
5
   Attorney for Plaintiff
6  EARL SHUMAN

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | EARL SHUMAN, an individual,                 | Case No. CV12-10572 PJW

12 |         Plaintiff,

13 |    v.

14 |                                              | **NOTICE OF STATUS RE:**
                                                    **SETTLEMENT**
15 | SONY MUSIC ENTERTAINMENT,
     a Delaware Partnership; SONY
16 | CORPORATION OF AMERICA, a
     New York Corporation; ALICIA
17 | AUGELLO COOK aka ALICIA
     KEYS, an individual; SALAAM
18 | REMI GIBBS aka SALAAM REMI,
     an individual; JEFF BHASKER aka
19 | BILLY KRAVEN, an individual; and
     DOES 1 through 10, inclusive,
20
   |         Defendants.
21

22

23

24

25

26

27

28

**TO THE COURT:**

PLEASE TAKE NOTICE that, pursuant to Local Rule 16 – 15.7, Plaintiff hereby submits this Notice of Status Re: Settlement to notify the Court that the parties expect that a dismissal will be filed in this matter on or before October 4, 2013.

Respectfully submitted,

DATED: Sept. 27, 2013      **LAW OFFICES OF PHILIP J. KAPLAN**

By: /s/ *Philip J. Kaplan*
      PHILIP J. KAPLAN
      Attorney for Plaintiff
      EARL SHUMAN

LAW OFFICES OF
PHILIP J. KAPLAN