1  **PHILIP J. KAPLAN (State Bar No. 135735)**
   E-mail: philipkaplanlaw@gmail.com
2  **LAW OFFICES OF PHILIP J. KAPLAN**
   3278 Wilshire Boulevard, Suite 106
3  Los Angeles, California 90010
   Telephone: (213) 480-8981
4  Facsimile: (213) 480-8941

5  Attorney for Plaintiff
   EARL SHUMAN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL SHUMAN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SONY MUSIC ENTERTAINMENT, a Delaware Partnership; SONY CORPORATION OF AMERICA, a New York Corporation; ALICIA AUGELLO COOK aka ALICIA KEYS, an individual; SALAAM REMI GIBBS aka SALAAM REMI, an individual; JEFF BHASKER aka BILLY KRAVEN, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. CV 12-10572 (PJW) |

Case No. CV 12-10572(PJW)
Notice of Dismissal

# NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), plaintiff Earl Shuman, through his undersigned counsel, hereby provides NOTICE that all claims that were or could have been asserted by plaintiff in the above-captioned action against the defendants therein shall be, and the same hereby are dismissed, with prejudice, and without costs or attorneys' fees to any party, the parties waiving all rights of appeal.

Dated: October 4, 2013           LAW OFFICES OF PHILIP J. KAPLAN

                                 By: /s/*Philip J. Kaplan*_____
                                         Philip J. Kaplan

                                 Attorney for Plaintiff
                                 EARL SHUMAN

**SO ORDERED:**

_____
**United States District Judge**